1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11  DUANE LEE STOWERS,                    )   Case No. C 14-3507 PSG (PR)
                                          )
12           Petitioner,                  )   **ORDER OF TRANSFER**
                                          )   ( AMENDED )
13      v.                                )
                                          )
14  SAN BERNARDINO COUNTY,                )
                                          )
15           Respondent.                  )
                                          )
16  _____

17       On August 26, 2014, Duane Lee Stowers, a California inmate, filed a *pro se* federal

18  petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254.  Stowers seeks relief from a

19  criminal conviction in San Bernardino, California.  San Bernardino lies in the Central District of

20  California.  Venue for a habeas action is proper in either the district of confinement or the district

21  of conviction;[1] however, petitions challenging a conviction or sentence are preferably heard in

22  the district of conviction.[2]  Here, the Central District of California is the district of conviction.

23  Accordingly, this case is TRANSFERRED to the Central District of California.[3]  The clerk shall

24  terminate all pending motions and transfer the entire file to the Central District of California.

25  _____

26  [1] *See* 28 U.S.C. § 2241(d).

27  [2] *See* Habeas L.R. 2254-3(a); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968).

28  [3] *See* 28 U.S.C. § 1404(a).

Case No. C 14-3507 PSG (PR)
ORDER OF TRANSFER

1     IT IS SO ORDERED.

2 DATED: 9/9/2014

                          PAUL S. GREWAL
3                           United States Magistrate Judge